UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| ------------------------------------ : | |
| This Document Relates to: : | |
| INSURANCE ACTION, 09 Civ. 557 (TPG), and specifically to: : | |
| : | |
| CAYMAN NATIONAL TRUST COMPANY, LTD., AS TRUSTEE OF THE INTERNATIONAL DAD TRUST, : | 11 Civ. 1687 (TPG) |
| : | |
| Plaintiff, | ECF CASE |
| : | Electronically Filed |
| - against - | |
| : | |
| TREMONT OPPORTUNITY FUND III, L.P., et al., : | **NOTICE OF MOTION FOR** **PARTIAL RECONSIDERATION** |
| Defendants. : | |
------------------------------------x

    PLEASE TAKE NOTICE that, upon this Court's Opinion dated May 23, 2013 (the "Opinion"), the accompanying memorandum of law in support of Tremont's Motion for Partial Reconsideration, and upon all prior papers and proceedings herein, defendants Tremont Group Holdings, Inc., Tremont Partners, Inc. and Rye Investment Management (collectively, "Tremont"), will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Local Civil Rule 6.3 granting Tremont's motion for reconsideration of the Opinion to the extent it denied Tremont's motion to dismiss the claims of breach of fiduciary duty and violation

of the Texas Securities Act alleged in plaintiff's Second Amended Complaint.

Dated:  June 6, 2013
        New York, New York

/s/ Seth M. Schwartz
Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc. and*
*Rye Investment Management*