UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08 Civ. 11117 (TPG) |
| This document relates to:<br><br>THE INSURANCE ACTION, 09 Civ. 557 (TPG), specifically to:<br><br>CAYMAN NATIONAL TRUST COMPANY, LTD., AS TRUSTEE OF THE INTERNATIONAL DAD TRUST,<br><br>    Plaintiff,<br><br>    -against-<br><br>TREMONT OPPORTUNITY FUND III, L.P., et al.,<br><br>    Defendants. | 11 Civ. 1687 (TPG)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon this Court's Opinion dated May 23, 2012 (the "Opinion"), the accompanying memorandum of law, and all prior papers and proceedings herein, defendants Tremont Opportunity Fund III, L.P. and Tremont International Insurance Fund L.P. (the "Funds") will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Local Rule 6.3: (i) granting the Funds' motion for reconsideration and, upon reconsideration, entering an order dismissing the First and Second Causes of Action in the Complaint as against the Funds; and (ii) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
June 6, 2013

        TANNENBAUM HELPERN
        SYRACUSE & HIRSCHTRITT LLP

        By: /s/ David J. Kanfer_____
           Ralph A. Siciliano
           siciliano@thsh.com
           Jamie B.W. Stecher
           stecher@thsh.com
           David J. Kanfer
           kanfer@thsh.com
           900 Third Avenue
           New York, New York 10022
           (212) 508-6700

*Attorneys for Defendants*
*Tremont Opportunity Fund III, L.P.*
*Tremont International Insurance Fund L.P.*